THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* DYCKMAN AUTO SALES SERVICE, INC., et al., Respondents.

Argued June 5, 1941; decided July 29, 1941.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* and *Francis J. Bloustein* of counsel), for appellant.

*Arthur H. Haaren, Frank W. Demuth* and *John G. Coleman* for respondents.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.